# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAKOTA THERIOT

NO. 2025 KW 0908

**NOVEMBER 26, 2025**

---

In Re:    Dakota Theriot, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, No. 40300.

---

**BEFORE:    McCLENDON, C.J., PENZATO AND GREENE, JJ.**

   **WRIT DENIED.**

                              PMc
                              AHP
                              HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT